PHILIP A. WILLIAMS, JR., et al., Respondents, *v.* HELEN M. GRIDLEY, Appellant.

*Williams* v. *Gridley*, 130 App. Div. 905, appeal dismissed.
(Argued June 1, 1909; decided June 15, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 3, 1909, which affirmed an order of Special Term directing that a judgment of the Court of Appeals be made the judgment of the Supreme Court, and appointing a referee to assess damages.

*C. A. Hitchcock* for appellant.

*Augustus C. Stevens* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.